UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HARINDER TOOR & KAMALJOT GILL,<br><br>        Petitioners,<br><br>        v.<br><br>HILLARY RODHAM CLINTON,<br>Secretary of State, et al.<br><br>        Respondents. | 1:09-CV-F-279-OWW-GSA<br><br>ORDER GRANTING RESPONDENTS' MOTION TO DISMISS, DENYING PETITIONERS' MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION AND DIRECTING CLERK TO ENTER JUDGMENT AND CLOSE CASE. |
|---|---|

    Petitioners' challenge to the U.S. Embassy's decision to return Petitioner Gill's case to the Department of State's National Visa Center for review is DISMISSED WITHOUT LEAVE TO AMEND.  (Doc. 25, filed June 4, 2009.)   22 C.F.R. 41.82(e), the controlling statue, does not mandate that the visa petition remain at the local embassy during the reconsideration process, nor does it forbid the local consular official to consult with the Department of State.

    In light of this dismissal, Petitioners' motion for a temporary restraining order and preliminary injunction is also DENIED.  Petitioners have neither a probability of success nor a fair chance of success on their claim.

1

**The Clerk of Court is directed to enter Judgment in favor of Respondents and against Petitioners and to close the case.**

IT IS SO ORDERED.

**Dated:   September 8, 2009**              /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE